IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE VASQUEZ, on behalf of himself and others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:21-cv-03035-D |
| ROYAL CATERING, INC., | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the Joint Stipulation of Dismissal with Prejudice came on for consideration by the Court. Having considered the Stipulation, IT IS ORDERED, ADJUDGED AND DECREED that all of the claims and causes of action alleged in this case are dismissed with prejudice. Each party shall bear his, her, or its own costs and attorneys' fees.

**SO ORDERED.**

July 25, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE